IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND f/k/a          ORDER
WISCONSIN CARPENTERS PENSION FUND, et al.,

                 Plaintiffs,

                                                         10-cv-263-wmc
    v.

JOKIPII DEMOLITION, LLC and
LJ EXCAVATION, LLC,

                  Defendants.

---

Melli Law, S.C. has filed a motion for leave to withdraw as counsel for defendants Jokipii Demoliation, LLC and LJ Excavation, LLC in this matter. (Dkt. #26.) Although defendants have already been given ten days to respond, defendants shall be given one last opportunity to raise any objections to the court granting the motion in light of the fact that, as a legally-recognized business entity, defendants cannot defend in court, including responding to plaintiff's motion for default judgment (dkt. #28), without being represented by a lawyer. *United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008).

The court will reserve a ruling on the motion for leave to withdraw until defendants have had this final opportunity to advise the court whether they object to the withdrawal of counsel and on what grounds, or alternatively, that they do not object and have either engaged new counsel or are in the process of doing so. If defendants do not

1

Copy of this document has been provided to: [handwritten]
this ___ day of ___ 20 __
by ___
M. Hardin, Secretary to
Judge William M. Conley

respond to this opportunity to be heard by June 23, 2011, an order will be entered granting the motion and directing defendants to indicate whether they intend to retain new counsel.

Entered this 20th day of June, 2011.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge